**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 173 EAL 2022

           Respondent            :

                            :  Petition for Allowance of Appeal

                            :  from the Order of the Superior Court

          v.                 :

                            :

DIONA NICHOLS,               :

                            :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.